IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY AKU QUARTEY                 *

      v.                               *    CIVIL ACTION NO. DKC-10-1804

JOHN SOOS                       *
                                       ***

## **MEMORANDUM OPINION**

On July 2, 2010, Plaintiff, a resident of Silver Spring, Maryland, filed this *pro se* action using a general complaint form. The Complaint seeks a "death warrant" against Defendant Soos, alleging *in toto* that he "pushed my heart and heart beat to the right which can eventually lead to my death." Paper No. 1 at 1-2. No further facts are provided, nor is any additional relief sought.

Plaintiff has filed neither the civil filing fee nor moved for indigency status. She shall not be required to cure this deficiency. This court may preliminarily review the Complaint allegations before service of process and dismiss them if satisfied that the Complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's Complaint provides no jurisdictional or factual basis for its filing. The action shall be dismissed for the failure to state a claim and without service of process on Defendant.[1] A separate order shall follow.

Date:   July 6, 2010                         _____/s/_____
                                                                    DEBORAH K. CHASANOW
                                                                    United States District Judge

---

[1] Plaintiff has filed approximately twenty-two cases in this Court since December 2, 2009. Given the frivolous nature of her filings, the court concludes that affording Plaintiff the opportunity to amend her Complaint would be an exercise in futility.